UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON ALEXANDER TRUJILLO, | No. C 11-2309 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is DISMISSED.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 19, 2011

SUSAN ILLSTON
United States District Judge